# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:12-CV-00972-ESH

Plaintiff:
**MALIBU MEDIA, LLC.**

vs.

Defendant:
**JUSTIN MILLER**

For:
Jon A. Hoppe
MADDOX, HOPPE, HOOFNAGLE, & HAFEY, LLC.
1401 Mercantile Ln
Suite 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on **JUSTIN MILLER, 4850 CONNECTICUT AVE NW, APT 413, WASHINGTON, DC 20008**.

I, KERWIN MATTHEWS, being duly sworn, depose and say that on the **10th day of December, 2012** at **7:40 am**, I:

**NON-SERVED** the **A SUMMONS. EXHIBITS AND AMENDED COMPLAINT** because the Defendant is unknown at the address furnished by the attorney.

Additional Information pertaining to this Service:
UPON ARRIVING AT THE ABOVE ADDRESS THE CURRENT RESIDENT, BRENDAN DARY STATED THE DEFENDANT WAS UNKNOWN. I CONFIRMED WITH THE MANAGEMENT THAT THE CURRENT RESIDENT HAS BEEN LIVING HERE ALONE FOR (3) YEARS, AND THE DEFENDANT DOES NOT RESIDE HERE, NOR HAS HE EVER RESIDED HERE I RAN A SKIP TRACE AND FOUND A CURRENT POSSIBLE ADDRESS AT ***2134 E BROADWAY RD, UNIT 2026E, TEMPE, AZ 85282-1778*** I AM SENDING THE PAPERS BACK TO BE REISSUED TO THIS CURRENT POSSIBLE ADDRESS.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.



ANDREA BERMAN
Notary Public, State of Maryland
County of Montgomery
My Commission Expires June 8, 2013

KERWIN MATTHEWS
Process Server

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Subscribed and sworn to before me on the 12th day of December, 2012 by the affiant who is personally known to me.

_____
Notary Public

Our Job Serial Number: PRS-2012028243

Service Fee: $30.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m